IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JEROME L. GRIMES,
Inmate No. 128220,
    Plaintiff,

vs.                                          Case No.: 3:17cv478/LAC/EMT

A PLUS TOWING AND RECOVERY,
    Defendant.
_____/

## **REPORT AND RECOMMENDATION**

    This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). This court's order dated October 2, 2017 (ECF No. 6), was returned, was then resent to an address supplied on the return envelope (*see* ECF Nos. 7 & 8), and was returned a second time with no forwarding information; therefore this court issued an order requiring Plaintiff to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to keep the court apprised of his address (ECF No. 9). That order was sent to both available addresses and was also returned (*see* ECF Nos. 10, 11). The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to provide a current address or respond in any manner.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court and failure to keep the court apprised as to his current address.

At Pensacola, Florida, this 8th day of December 2017.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.