IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JEROME L. GRIMES,
Inmate No. 128220,
    Plaintiff,

vs.                                               Case No.: 3:17cv478/LAC/EMT

A PLUS TOWING AND RECOVERY,
    Defendant.
_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated December 8, 2017 (ECF No. 12). The Court has made all reasonable efforts to furnish Plaintiff a copy of the Report and Recommendation affording him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). All efforts have failed. No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court and failure to keep the court apprised as to his current address.

**DONE AND ORDERED** this 5th day of January, 2018.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**